UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TAUNA LYNN ESTEP, | Case No. 2:15-cv-10329 |
| Plaintiff, | Honorable George Caram Steeh<br>United States District Judge |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | Honorable Patricia T. Morris<br>United States Magistrate Judge |
| Defendant. | |

_____/

| | |
|---|---|
| Daryl Royal (P33161)<br>Attorney for Plaintiff<br>22027 Park Street<br>Dearborn, Michigan 48124<br>Phone: (313) 730-0055<br>droyal@michappeal.com | Amelia E. Stewart<br>Special Assistant United States Attorney<br>Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building - Rm. 625<br>Boston, MA 02203<br>Phone: (617) 565-2376<br>Amelia.Stewart@ssa.gov |

_____/

**ORDER GRANTING PLAINTIFF'S
<u>UNOPPOSED PETITION FOR ATTORNEY FEES</u>**

On December 15, 2015, Plaintiff Tauna Lynn Estep brought suit against Defendant Commissioner of Social Security, appealing the Administrative Law Judge's decision to deny Estep disability benefits. In an order dated March 30, 2016, this Court remanded the matter for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

Following the remand, the Administrative Law Judge issued a decision favorable to Estep. Therefore, on July 12, 2017, Estep's counsel filed a petition for attorney fees in the amount of $13,665.00. Counsel for Estep avers that, upon receipt of the fee, petitioner would refund to plaintiff the $3,874.50 EAJA fee previously received. Defendant does not oppose the relief requested in the petition.

Accordingly, IT IS ORDERED that Plaintiff Estep's Petition for Attorney Fees is GRANTED. Estep's attorney is entitled to an award of $13,665.00.

s/George Caram Steeh
HON. GEORGE CARAM STEEH
United States District Judge

Dated: July 14, 2017